HMG: USAO#2019R00460

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **UNITED STATES** | : | **CRIMINAL NO.** GLR-19-0564 |
|  | : |  |
| **v.** | : | (False Claims, 18 U.S.C. § 287) |
|  | : |  |
| **MELISSA HEYER,** | : |  |
|  | : |  |
| **Defendant.** | : |  |
|  | : |  |

...oOo...

### INDICTMENT

### COUNTS ONE TO FIVE – FALSE CLAIMS

The Grand Jury for the District of Maryland charges:

### INTRODUCTION

At times material to this Indictment:

1.      Defendant **MELISSA HEYER ("HEYER")** was a resident of Montgomery County, Maryland.

2.      Company A had a contract with Company B, pursuant to which Company A provided employees that performed national security duties for the U.S. Department of Defense ("DOD"). Company A was the subcontractor and Company B was the prime contractor.

3.      From in or about January 2017 until in or about March 2019, **HEYER** worked for Company A, but was assigned on a day-to-day basis to work for the DOD on national security matters at the National Security Agency ("NSA"), Fort Meade, Maryland.

1

4.      From in or about January 2017 until in or about March 2019, **HEYER** held a Top

Secret-Sensitive Compartmented Information (TS/SCI) security clearance.

5.      **HEYER** performed her day-to-day duties for Company A and the DOD at a

sensitive compartmented information facility ("SCIF").

6.      **HEYER** used a badge reader to gain access to the NSA facility and the SCIF where

she performed her daily duties.

7.      Companies A and B required **HEYER** to enter her hours online for each day

worked.

8.      **HEYER** submitted her work hours to Company A and Company B, which then

submitted invoices that listed the hours of employees to DOD.

9.      From in or about January 2017 until in or about March 2019, **HEYER** was absent

from her work location at the NSA, and falsely represented to her employer that she had been

working at the NSA SCIF when she was actually elsewhere.

10.     From in or about January 2017 until in or about March 2019, **HEYER** caused false

claims to be submitted to the DOD that resulted in the government paying more than $100,000 to

Company A, Company B, and **HEYER** to which they and **HEYER** were not entitled.

### THE FALSE CLAIMS

11.     On or about the dates set forth below, in the District of Maryland and elsewhere, the

defendant,

### MELISSA HEYER,

knowingly made and presented and caused to be made and presented to the DOD, a claim against

the United States for payment of wages on a government contract, knowing that such claim was

2

materially false, fictitious, and fraudulent, in that the defendant prepared and caused to be

prepared, and filed and caused to be submitted to the DOD, each claim set forth below when the

defendant then and there knew that the claims were false, fictitious, and fraudulent because she had

not worked the hours claimed:

| Count | Date(s) Of Claimed Work | Hours Billed | False Wages Claimed By The Defendant |
|-------|-------------------------|--------------|--------------------------------------|
| 1 | 5/11/2017 | 10 | $856 |
| 2 | 5/17/2017 | 10 | $856 |
| 3 | 11/1/2017-11/2/2017 | 16 | More than $1,000 |
| 4 | 2/13/2018 | 10 | $860 |
| 5 | 7/23/18 – 7/27/18 | 45.25 | More than $3,500 |

18 U.S.C. § 287
18 U.S.C. § 2

ROBERT K. HUR
United States Attorney

**SIGNATURE REDACTED**          Date:

Foreperson

3