# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# DISTRICT OF MARYLAND
## NORTHERN DIVISION
TOWER II, 9th FLOOR
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-2705
TEL: (410) 962-3962
FAX: (410) 962-0872
EMAIL: Andrew_Szekely@fd.org

JAMES WYDA  
FEDERAL PUBLIC DEFENDER

ANDREW SZEKELY  
ASSISTANT FEDERAL PUBLIC DEFENDER

June 30, 2020

The Honorable George L. Russell, III  
United States District Judge  
United States District Court  
 for the District of Maryland  
101 W. Lombard Street  
Baltimore, MD 21201  
**Via CM/ECF**

    Re:    *United States v. Melissa Heyer,* GLR-19-0564

Dear Judge Russell:

I write in response to the Court's order that the parties submit a status report in this case. The parties have reached a plea agreement in this case. Ms. Heyer is on pretrial release in Florida. She will be sending the signed plea to me. Once I have it, the parties will contact the Court to arrange a Rule 11 proceeding. Ms. Heyer has told me that she consents to a remote appearance for her guilty plea. The government likewise consents to a remote court appearance in this case. The parties both believe that having a virtual Rule 11 proceeding at the Court's convenience would be in the interests of justice and consistent with the Cares Act.

I thank the Court for its attention this matter.

    Sincerely,

    /s/

    Andrew Szekely  
    Assistant Federal Public Defender

cc:    Harry Gruber, Assistant United States Attorney